AMY M. SERKISSIAN, A MARRIED WOMAN AND INSANE PERSON, JOINED BY HER HUSBAND, FRED P. SERKISSIAN, ALIAS FRANK P. SERKISSIAN AND BY HER GUARDIAN *ad litem*, WALLACE TERVIN, AND FRED P. SERKISSIAN, ALIAS FRANK P. SERKISSIAN, IN HIS OWN RIGHT, *Appellants,* v. BENJAMIN B. NEWMAN, *Appellee.*

Decision Filed December 3, 1920.

Petition for Rehearing Denied February 10, 1921.

An Appeal from an order of the Circuit Court within and for the County of Manatee; F. M. Robles, Judge.

*John B. Singletary,* for Appellants;

*G. B. Knowles,* for Appellee.

PER CURIAM.—This cause having heretofore been sub-

mitted to the Court upon the transcript of the record of the order aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby, affirmed.

All concur.